# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* https://www.ca9.uscourts.gov/forms/form7instructions.pdf

**9th Cir. Case Number(s)** 23-55088

**Case Name** Yaakov Markel v. Union of Orthodox Jewish Congregations of America, et. al.

**Counsel submitting this form** Michael E. Friedman

**Represented party/parties** Appellant Yaakov Markel

*Briefly describe the dispute that gave rise to this lawsuit.*

Appellant and Plaintiff Markel filed suit seeking recovery against his employer for unpaid wages, including unpaid overtime and double-time for his work at a factory. Plaintiff also sought recovery against his employer and its agents for the damages suffered as a result of being defrauded into continuing to work at the factory. Appellant/Plaintiff worked for Appellees/Defendants for a number of years and was not paid for all the time worked and was not paid the correct amount of overtime and double-time as required by California law.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 7                                                                                                Rev. 9/01/22

*Briefly describe the result below and the main issues on appeal.*

The District Court granted summary judgment as to the entirety of the complaint by extending the Ministerial Exception to the instant facts. The District Court recognized it was establishing new law in this area and held that the Ministerial Exception exempted the Appellees/Defendants from complying with California's wage and hour laws

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

1. Defendants' Application to Tax Costs in this matter before the District Court.

**Signature** /s/ **Date** 2-3-2023

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 7     *Rev. 9/01/22*

# PROOF OF SERVICE

# COUNTY OF LOS ANGELES

I am a resident of and/or employed in the county of Los Angeles, State of California; I am over the age of eighteen years and not a party to the within entitled action; my business address is 1880 Century Park East, Suite 1411, Los Angeles, California 90067.

On February 3, 2023, I served the within document(s) in this action entitled:

**Form 7. Mediation Questionnaire**

...on the interested parties in this action, by electronic delivery of a true and correct copy thereof at Los Angeles, California, and addressed as follows:

| | |
|---|---|
| Leanora m. Schloss (SBN 145142)<br>Jackson Lewis, PC<br>725 So. Figueroa St, Suite 2500<br>Los Angeles, CA 90017-5408<br>213 689-0404<br>Leonora.Schloss@jacksonlewis.com | Attorneys for Defendants<br>UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA<br>and NACHUM RABINOWITZ |

[X] BY CM/ECF: With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the foregoing parties and counsel of record who are registered with the Courts CM/ECF System.

Executed on February 3, 2023, at Los Angeles, California.

[X] (Federal)   I declare that I am employed in the office of a member of the bar of the United States District Court for the Central District of California at whose direction the service was made.

_____
Michael E. Friedman

Case No. 2:19-cv-10704-JWH-SK     **Form 7. Mediation Questionnaire**